■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL ZARZUELA, Appellant. [997 NYS2d 639]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Margulis, J.), rendered October 4, 2012, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence supporting his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484 [2008]). In any event, viewing the evidence in the light most favorable to the People (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the opportunity of the finder of fact to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

Contrary to the defendant's contention, the People established a sufficient foundation to admit into evidence recorded telephone calls the defendant made while incarcerated (*see People v Collins*, 90 AD3d 1069, 1069 [2011]; *see also People v Vasser*, 97 AD3d 767, 768 [2012]).

The defendant's remaining contention is without merit. Balkin, J.P., Cohen, Duffy and LaSalle, JJ., concur.